1

2

3                       UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6
                Plaintiff(s),                    No. C     EDL
7
        v.                                       STANDING ORDER RE
8                                                CASE MANAGEMENT CONFERENCE

9

10
                Defendant(s).
11   _____/

12          **Lead trial counsel** who will try this case are directed to confer in advance of the Case

13   Management Conference with respect to all matters contained in the March 1, 2007 Standing Order for

14   all Judges of the Northern District of California regarding Contents of Joint Case Management

15   Conference, including **a discovery plan and discovery limits** and all other matters described in Federal

16   Rules of Civil Procedure 16(a), 16(b) and 26(f) and Civil Local Rule 16-10.  Pursuant to Civil L.R. 16-

17   10(a), **lead trial counsel shall attend the Case Management Conference** and be prepared to discuss

18   all matters referred to in this order.  Counsel shall have the authority to enter stipulations and make

19   admissions regarding all matters described herein.

20          PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL

21   PARTIES IN THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE

22   WITH THE PROVISIONS OF FEDERAL RULES OF CIVIL PROCEDURE 4 AND 5 AND CIVIL

23   LOCAL RULES 4 AND 5, and to file with the Clerk of the Court a Certificate reflecting such service.

24          Failure to comply with this order, the provisions of Federal Rule of Civil Procedure 16 and 26(f)

25   or the provisions of Civil L.R. 16-10 may be grounds for sanctions. (See Fed.  R.  Civ.  P.  16(f)).

26
     Dated:
27                                               _____
                                                 ELIZABETH D. LAPORTE
28                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California