Pavel Pogodin (206441)
Attorney at Law
617 North Delaware Street
San Mateo, California 94401
Telephone: (650) 954-6857
Fax: (650) 625-8110

Attorney for Plaintiff-Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAVEL POGODIN,<br><br>  Plaintiff-Petitioner,<br><br>  v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States, Defendants-Respondents.<br><br>  Defendants-Respondents. | Case No. C07-3537 EDL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiff hereby voluntarily dismisses the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization.

\\

\\

PAVEL POGODIN
ATTORNEY AT LAW
SILICON VALLEY

C07-3537 EDL NOTICE OF VOLUNTARY DISMISSAL         - 1 -         POGODIN V. DAVID STILL ET AL.

1 | Date: July 30, 2007

Respectfully submitted,

____/S/____
PAVEL POGODIN
Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAVEL POGODIN
ATTORNEY AT LAW
SILICON VALLEY

C07-3537 EDL NOTICE OF VOLUNTARY DISMISSAL        - 2 -        POGODIN V. DAVID STILL ET AL.